UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

YAHYA J. AHMED, )
)
    Plaintiff, )
)
v. ) No. 3:11-1183
) JUDGE HAYNES
)
JAIME JOHNSON, et al., )
)
    Defendants. )

# ORDER

Upon review of the file, Plaintiff was granted to proceed *in forma pauperis* and instructed to complete service packets for each Defendant and to return them to the Clerk's Office within twenty-one (21) days of the date of receipt of the Court's Order. (Docket Entry No. 5). To date, Plaintiff has failed to do so.

Accordingly, this action is **DISMISSED** without prejudice under Rule 41(b) of the Federal Rules of Civil Procedure for Plaintiff's failure to prosecute.

It is so **ORDERED**.

ENTERED this the 32nd day of March, 2012.

_____
WILLIAM J. HAYNES, JR.
United States District Judge